**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Kasaundra Neel | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−01421 |
| | § | |
| The Lincoln National Life Insurance Company | § | |

# Notice of Referral of Motion to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Dena Hanovice Palermo to hear and determine the motion(s) identified below:

Motion to Reset − #8

Date: May 1, 2025.

Nathan Ochsner, Clerk

By: Joan Davenport
Deputy Clerk