**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KASAUNDRA NEEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1421 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MOTION TO EXTEND JOINT CASE MANAGEMENT PLAN DEADLINE**

Come now Plaintiff, **KASAUNDRA NEEL**, and files this *Motion to Extend Joint Case Management Plan Deadline*, and respectfully show as follows:

1. The Joint Case Management Plan under Rule 26(f) in the above referenced case is due to this Court on May 20, 2025. (Dkt. 6)

2. Service was perfected on April 28, 2025. Defendant's Answer is due on May 19, 2025.

3. There is not adequate time for Counsel for Plaintiff to have meaningful discussions with Counsel for Defendant to create the Joint Case Management Plan.

4. Counsel for Plaintiff has previously filed a Motion to Reset Initial Pretrial and Scheduling Conference on April 30, 2025 (Dkt. 8). A grant of the Motion to Reset would likely make this current Motion moot.

5. As of the date of this filing, Counsel for Defendant has not entered an appearance in this case. Accordingly, Counsel for Plaintiff has been unable to confer with Counsel for Defendant regarding this request.

6. This motion is made in good faith and not for the purpose of delay. No party will be prejudiced by a reset of this deadline.

WHEREFORE, Plaintiff, **KAUSANDRA NEEL,** prays that this Motion be granted, and that the Court issue a new due date for the parties' Joint Case Management Plan.

Respectfully submitted,

**MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.**

By: /s/ Erin Svetlik
**ERIN SVETLIK**
Tex. Bar No. 24115426
Fed. I.D. No. 3882226
erin@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
**KASAUNDRA NEEL**