**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KASAUNDRA NEEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1421 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## **ORDER EXTENDING JOINT CASE MANAGEMENT PLAN DEADLINE**

On __________________, 2025 the court considered Plaintiff's *Motion to Extend Joint Case Management Plan Deadline*. The motion is **GRANTED.**

The Joint Case Management Plan deadline is reset for ___________________, 2025.

______________________________
United States District Judge