United States District Court
Southern District of Texas

**ENTERED**

May 19, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KASAUNDRA NEEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1421 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER RESETTING SCHEDULING CONFERENCE**

On May 19, , 2025 the court considered Plaintiff's *Motion to Reset Initial Pretrial and Scheduling Conference*. The motion is **GRANTED.**

The Scheduling Conference is reset for July 16, , 2025 at 10:45 .am.

Dena Palermo

United States Magistrate Judge