United States District Court
Southern District of Texas
**ENTERED**
July 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KASAUNDRA NEEL | § | CIVIL NO. 4:25-CV-01421 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |

# **SCHEDULING ORDER**

| | | |
|---|---|---|
| 1. | Trial: Estimated time to try: <ETT> days | ☐ Bench ☐ Jury |
| 2. | New parties must be joined by:<br>*Furnish a copy of this scheduling order to new parties.* | 10/16/25 |
| 3. | The plaintiff's experts will be named with a report furnished by: | 11/7/25 |
| 4. | The defendant's experts must be named with a report furnished by: | 12/9/25 |
| 5. | Discovery must be completed by:<br>*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.* | 1/9/26 |
| 6a. | Dispositive Motions will be filed by: | 2/9/26 |
| 6b. | Responses due by: | 3/9/26 |
| 7. | Non-Dispositive Motions will be filed by: | 2/9/26 |
| 8. | Parties will mediate the case by: | 1/23/26 |
| 9. | Joint pretrial order is due:<br>*The plaintiff is responsible for filing the pretrial order on time.* | 8/14/26 |
| 10. | Pretrial Conference is set for **1:30 PM** on: | 9/14/26 |
| 11. | Trial is set for **9:00 AM** on:<br>*The case will remain on standby until tried.* | 9/28/26 |

Signed on July 16, 2025, at Houston, Texas.

Dena Palermo

Dena Hanovice Palermo
United States Magistrate Judge