United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KASAUNDRA NEEL | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H 25-1421 |
| | § | |
| THE LINCOLN NATIONAL LIVE INSURANCE COMPANY | § | |
| | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. No. 17) filed on January 12. 2026, this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED this 27th day of January 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE